# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-2524

_____

United States of America

*Plaintiff - Appellee*

v.

Peter Douglas Hobart

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa

_____

Submitted: March 14, 2022
Filed: May 26, 2022
[Unpublished]

_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Peter Douglas Hobart pled guilty to one count of dealing in counterfeit currency in violation of 18 U.S.C. § 472. Hobart appeals his 24-month sentence of imprisonment, arguing the district court[1] improperly applied United States

---

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

Sentencing Commission Guidelines Manual § 2B5.1(b)(2) when determining Hobart's sentence. We conclude this appeal is moot because Hobart has been released from prison and his appeal only challenged the length of his now-completed prison term. *See Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019) (explaining that since the defendant "has been released from prison, the court cannot grant any effectual remedy" in response to his sentencing challenge).

Accordingly, Hobart's appeal is dismissed.

_____